GERMAN-AMERICAN BANK, Respondent, *v.* EMMA SLADE et al., Appellants.

*German-American Bank* v. *Slade*, 24 App. Div. 631, affirmed.
(Argued December 10, 1900; decided February 5, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 3, 1898, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*Edmund P. Cottle* and *O. O. Cottle* for appellants.

*Nathaniel W. Norton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.